## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02185-RPM-CBS

VALERIE RUMPLE,

       Plaintiff,

v.

CENTRAL CREDIT SERVICES, INC., a Florida corporation,

       Defendant.

---

## NOTICE OF SETTLEMENT

---

COMES NOW the parties by and through their counsel of record and for their Notice of Settlement, hereby state as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The Parties will be filing a Stipulation of Dismissal with Prejudice once the Plaintiff has received the settlement funds and the settlement documents have been executed by the parties and delivered to all counsel. The parties expect this to happen by February 10, 2009.

Dated: February 2, 2009.

Respectfully submitted,

| | |
|---|---|
| _s/ David M. Larson_ | _s/ Michael S. Poncin_ |
| David M. Larson, Esq. | Michael S. Poncin, Esq. |
| 405 S. Cascade Avenue Suite 305 | Moss & Barnett, PA |
| Colorado Springs, CO 80903 | 4800 Wells Fargo Center |
| (719) 473-0006 | 90 S. 7th Street |
| Attorney for the Plaintiff | Minneapolis, MN 55402 |
| | (612) 877-5000 |
| | Attorneys for the Defendant |