**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-02185-RPM-CBS

VALERIE RUMPLE,

       Plaintiff,

v.

CENTRAL CREDIT SERVICES, INC., a Florida corporation,

       Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

       THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

       DATED: February 10th, 2009

              BY THE COURT:

              s/Richard P. Matsch
              _____
              U.S. DISTRICT JUDGE